DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REBECCA MICHELLE PRIETO,**
Appellant,

v.

**BROWARD AUTOMOTIVE, INC.,** a Florida corporation,
d/b/a **AUDI CORAL SPRINGS,**
Appellee.

No. 4D18-532

[October 11, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE 2014003539 (03).

Barbara H. Schreibman, Weston, for appellant.

Kenneth L. Paretti of Quinton & Paretti, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***